UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

LAWRENCE ZENTENO (AND WIFE, NANCY : 07-CV-1731-AKH
C ZENTENO),

                       Plaintiff, : **APPEARANCE**

  - against -

ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**

                     Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                   By:   /s/ Judith R. Cohen
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501
                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.