UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

------------------------------------------------------------------x
LAWRENCE ZENTENO AND NANCY C. ZENTENO,

                        Plaintiffs,                       07CV1731

            - against -

                                            ANSWER TO
                                            AMENDED
                                            COMPLAINT

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY,
BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BOARD OF MANAGERS OF
THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., DEPARTMENT
OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON
VIEW EAST CONDOMINIUM, BUDSON VIEW
TOWERS ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., R Y MANAGEMENT CO., INC., RY
MANAGEMENT, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, NC., TOSCORP
INC., TRIBECA LANDING L.L,C., TUCKER
ANTHONY, INC., VERIZON NEW YORK, INC

WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., UP., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. ILP., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D CO., L,P., ET AL

                    Defendants.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 7, 2008

                    Yours, etc.

                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                    Attorneys for Defendant –Envirotech
                    3000 Marcus Avenue, Suite 2E1
                    Lake Success, New York 11042
                    (516) 775-5800

                    BY: _____
                          Heather L. Smar (4622)